CITY OF PAWTUCKET

v.

**RHODE ISLAND COUNCIL 94, AFL–CIO, LOCAL 1012, Joseph Peckham in his capacity as Business Agent for Council 94 and Richard Addison.**

No. 93–434–Appeal.

Supreme Court of Rhode Island.

April 28, 1995.

Christopher Fay, City Sol., for plaintiff.

Gerard Cobleigh, Warwick, for defendant.

OPINION

PER CURIAM.

This case came before us on an appeal from a judgment of the Superior Court which vacated in part an arbitrator's decision. The arbitrator reduced the sanction imposed by the City of Pawtucket upon an employee, Richard Addison, for an assault upon the employee's acting supervisor. Since the court is evenly divided on the issues raised by this appeal, the judgment of the Superior Court is hereby affirmed.

The papers in the case may be remanded to the Superior Court.